IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                          Criminal No. 1:14-cr-33-HSO-JCG

**OLADIMEJI SEUN AYELOTAN, et al.**

**FIFTH DISCOVERY CONFERENCE ORDER**

The next discovery conference will be held on **Thursday, January 28, 2016, at 9:30 a.m.**, in Courtroom 683 (Gulfport) before the magistrate judge. All counsel are required to attend. Defendants are also required to attend unless they personally waive their right to be present by filing a Notice of Waiver formally on the docket. Defendant Susan Ann Villeneuve has filed a waiver of attendance for all discovery conferences and is not required to file further waivers regarding attendance.

At the December 14, 2015, discovery conference, the Court emphasized the importance of the Government's January 11, 2016, discovery deadline, and the Government assured the Court that it would meet this deadline. Government counsel indicated that she expects to receive today a hard drive containing a complete and accurate Production Four. Upon receipt of Production Four, Government counsel will promptly provide Production Four to the Federal Public Defender.

On or before **January 14, 2016**, Marlo Caddedu, appointed expert under the Criminal Justice Act ("CJA") for the indigent defendants, will update the Court in writing regarding the progress of receiving, uploading, and hosting the

electronically-stored discovery produced by the Government. This written update should be submitted to the Court via email to gargiulo_chambers@mssd.uscourts.gov, with defense counsel only copied.

**SO ORDERED**, this the 14th day of December, 2015.

*s/ John C. Gargiulo*
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE