IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL NO.  1:14cr33-HSO-JCG

OLADIMEJI SEUN AYELOTAN, and
RASAQ RAHEEM

### ORDER ON MOTION [776] TO DISMISS COUNTS 5SS, 6SS, AND 8SS AS TO DEFENDANTS OLADIMEJI SEUN AYELOTAN AND RASAQ ADEROJU RAHEEM

Now before the Court is the Motion [776] of the Government to Dismiss Counts 5ss, 6ss, and 8ss of the Second Superseding Indictment as to Defendants Oladimeji Seun Ayelotan and Rasaq Aderoju Raheem.  There being no objection by the Defendants, the Court finds the Motion is well taken and should be granted.

IT IS THEREFORE, ordered and adjudged that Counts 5ss, 6ss, and 8ss of the Second Superseding Indictment are dismissed as to Defendants Oladimeji Seun Ayelotan and Rasaq Aderoju Raheem.

SO ORDERED, this the 24th day of January 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE