IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 1:14cr33HSO-JCG-001

OLADIMEJI SEUN AYELOTAN

MOTION OF THE GOVERNMENT TO DISMISS COUNT

7ss OF THE SECOND SUPERSEDING INDICTMENT

AS TO DEFENDANT AYELOTAN

The United States of America (hereinafter the "Government"), files this motion requesting the Court dismiss Count 7ss of the Second Superseding Indictment as to defendant Oladimeji Seun Ayelotan for the purposes of the jury trial set January 17, 2017.  The proof regarding this specific Count does not reflect said defendant was directly involved.

THEREFORE, the Government respectfully requests the Court dismiss Count 7ss of the Second Superseding Indictment as to defendant Oladimeji Seun Ayelotan.

Dated: February 6, 2017

Respectfully submitted,

GREGORY K. DAVIS
United States Attorney

By:        *s/ Annette Williams*
Annette Williams
Assistant United States Attorney
MS Bar No. 9641
1575 20th Avenue
Gulfport, MS 39501
Ph: (228) 563-1560
Annette.Williams2@usdoj.gov

**Certificate of Service**

I hereby certify that on February 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all interested parties.

*s/Annette Williams*
Annette Williams